# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EDUARDO BARRAGAN-HERNANDEZ,<br><br>    Defendant | Case No.: 12CR-00092-AWI-02<br><br>[~~PROPOSED~~] ORDER GRANTING CONTINUANCE OF CHANGE OF PLEA |

Having considered the parties' stipulation, **IT IS SO ORDERED** that:

The Change of Plea proceeding currently set for July 23, 2012, at 10:00 a.m. is vacated and continued to August 27, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  July 19, 2012                             _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE CHANGE OF PLEA
USA vs EDUARDO BARRAGAN-HERNANDEZ
12CR-00092-AWI-02