HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EDUARDO JAVIER HERNANDEZ-BARRAGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:12-cr-00092-AWI-BAM-2 |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| EDUARDO JAVIER HERNANDEZ-BARRAGAN, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge:  Honorable ANTONY W. ISHII |

Defendant, EDUARDO JAVIER HERNANDEZ-BARRAGAN, by and through his

attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF

AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby

stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

based on a sentencing range that has subsequently been lowered by the Sentencing Commission

pursuant to 28 U.S.C. § 994(o);

2.      On November 5, 2012, this Court sentenced Mr. Hernandez-Barragan to a term of

51 months imprisonment;

3.      His total offense level was 24, his criminal history category was I, and the

resulting guideline range was 51 to 63 months;

1       4.    The sentencing range applicable to Mr. Hernandez-Barragan was subsequently

2   lowered by the United States Sentencing Commission in Amendment 782, made retroactive on

3   July 18, 2014, see 79 Fed. Reg. 44,973;

4       5.    Mr. Hernandez-Barragan's total offense level has been reduced from 24 to 23, and

5   his amended guideline range is 46 to 57 months; and,

6       6.    Accordingly, the parties request the Court enter the order lodged herewith

7   reducing Mr. Hernandez-Barragan's term of imprisonment to a total term of 46 months.

8   Respectfully submitted,

9   Dated:  January 19, 2015        Dated:   January 19, 2015

10  BENJAMIN B. WAGNER        HEATHER E. WILLIAMS
    United States Attorney        Federal Defender

11

12  /s/ *Kathleen A. Servatius*        /s/ *David M. Porter*
    KATHLEEN A. SERVATIUS        DAVID M. PORTER

13  Assistant U.S. Attorney        Assistant Federal Defender

14  Attorney for Plaintiff        Attorney for Defendant
    UNITED STATES OF AMERICA        EDUARDO JAVIER HERNANDEZ-BARRAGAN

15

16                            **ORDER**

17      This matter came before the Court on the stipulated motion of the defendant for reduction

18  of sentence pursuant to 18 U.S.C. § 3582(c)(2).

19      The parties agree, and the Court finds, that Mr. Hernandez-Barragan is entitled to the

20  benefit Amendment 782, which reduces the total offense level from 24 to 23, resulting in an

21  amended guideline range of 46 to 57 months.

22      IT IS HEREBY ORDERED that the term of imprisonment imposed in November 2012 is

23  reduced to a term of 46 months, effective as of November 1, 2015.

24      IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

25  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

26  reduction in sentence, note an effective date of November 1, 2015, and shall serve certified

27  copies of the amended judgment on the United States Bureau of Prisons and the United States

28  Probation Office.

1          Unless otherwise ordered, Mr. Hernandez-Barragan shall report to the United States

2   Probation Office within seventy-two hours after his release.

3

4   IT IS SO ORDERED.

5   Dated:   January 20, 2015          _____

6                                      SENIOR  DISTRICT  JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28